FRANK N. ISHAM, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Isham* v. *Erie R. R. Co.*, 112 App. Div. 612, affirmed.
(Argued March 6, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 15, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover damages alleged to have been caused by delay in the transportation of certain freight.

*Floyd G. Greene* for appellant.

*Royal R. Scott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: VANN, J.